**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HILLSIDE PRODUCTIONS, INC., GARY
RONCELLI AND JOSEPH VICARI,

    Plaintiffs,

v.                                      06-CV-11566-DT

COUNTY OF MACOMB, et al.,

    Defendants.
                                          /

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION
TO PRECLUDE DEFENDANTS FROM CALLING WITNESSES
AT TRIAL PURSUANT TO FED.R.CIV.P. 26(a)(3)**

    Pending before the court is Plaintiff's "Emergency Motion to Preclude Defendants from Calling Witnesses at trial pursuant to Fed R. Civ. P. 26(a)(3) filed on March 27, 2007.

    The Local Rule requires the movant in any motion to seek concurrence in motions and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference.  E.D. Mich. LR 7.1(a).  The motion makes no mention of specific efforts to seek concurrence.

    Accordingly, IT IS ORDERED that the above motion filed on March 27, 2007 is **DENIED**.

                                                        S/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated:  March 30, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 30, 2007, by electronic and/or ordinary mail.

          S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

```
S:\Cleland\JUDGE'S DESK\Lisa's Folder\0611566 order.wpd
```