**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HILLSIDE PRODUCTIONS, INC., GARY
RONCELLI and JOSEPH VICARI,

    Plaintiffs/Counter-Defendants,

v.                                    Case No. 06-11566

COUNTY OF MACOMB,

    Defendant/Counter-Plaintiff.
                                                    /

**ORDER GRANTING IN PART AND DENYING PART PLAINTIFF'S**
**"EMERGENCY MOTION TO COMPEL REQUESTS FOR**
**PRODUCTION OF DOCUMENTS AND FOR SANCTIONS"**

On April 6, 2007, Plaintiffs filed an emergency motion to compel. Defendants responded, contending that the discovery requests were improper because they bore no signature as required by Federal Rule of Civil Procedure 26(g)(2). Plaintiffs filed a reply brief and the court conducted a telephone conference on April 11, 2007. The parties agreed to recognize electronic mail correspondence as meeting the signing requirement of Rule 26. The court finds that sanctions are not appropriate under the circumstances. Accordingly,

IT IS ORDERED that Plaintiffs' "Emergency Motion to Compel Requests for Production of Documents and for Sanctions" [Dkt # 77] is GRANTED IN PART and DENIED IN PART. If Defendant has any substantive objections to Plaintiffs' document requests, it shall outline those objections in writing by **5 p.m. on Thursday, April 12, 2007.** The motion is GRANTED to the extent that Defendant shall produce the

documents that are not subject to any objections by **5 p.m. on Friday, April 13, 2007.**

The motion is DENIED in that the court will not award sanctions.

                               S/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated: April 12, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 12, 2007, by electronic and/or ordinary mail.

                               S/Lisa Wagner
                               Case Manager and Deputy Clerk
                               (313) 234-5522