**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HILLSIDE PRODUCTIONS, INC., GARY
RONCELLI and JOSEPH VICARI,

      Plaintiffs/Counter-Defendants,

v.                                          Case No. 06-11566

COUNTY OF MACOMB

      Defendant/Counter-Plaintiff.
                                               /

**ORDER OVERRULING PLAINTIFFS' OBJECTIONS TO TAXED BILL OF COSTS**

Pending before the court are Plaintiffs' objections, filed on July 10, 2008, to the taxed bill of costs filed by the Clerk of Court on July 1, 2008. Defendant filed a response on July 21, 2010.[1] Plaintiffs' objections are untimely. Plaintiffs had to file objections to the bill of cost five days after the Clerk had taxed costs, which occurred when the Clerk filed the bill on July 1, 2010. (Taxed Bill of Costs 1, July 1, 2008.) Before the 2009 amendments to the Rules of Civil Procedure, weekends and holidays were excluded from this period. The Clerk filed the bill on July 1, 2008, a Tuesday. So, excluding the Fourth of July and the weekend, the Plaintiffs' objections were due on July 9, 2010, the following Wednesday. Plaintiffs' objections were untimely, because they did not file them until July 10, 2010. Accordingly,

---

[1] The unusually lengthy time between the filing of Defendant's response and this court's resolution of the of the objections is due to a clerical oversight. The pending objections were discovered by the Clerk in June of 2010 when Defendant filed a bill of appellate costs.

IT IS ORDERED that Plaintiffs' "Objections . . . to Taxed Bill of Costs" [Dkt. # 267] are OVERRULED.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 17, 2010, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522